# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| Plaintiff/Petitioner - Appellant,<br><br>v.<br><br><br><br>Defendant/Respondent - Appellee. | Case No. **25-3197**<br><br>Appellant/Petitioner's Opening Brief |

## NOTICE AND INSTRUCTIONS

If you proceed on appeal pro se, the court will accept a properly completed Form A-12 in lieu of a formal brief. This form is intended to guide you in presenting your appellate issues and arguments to the court. <u>If you need more space, additional pages may be attached</u>. A short statement of each issue presented for review should precede your argument. Citations to legal authority may also be included. This brief should fully set forth all of the arguments that you wish the court to consider in connection with this case.

New issues raised for the first time on appeal generally will not be considered. An appeal is not a retrial but rather a <u>review</u> of the proceedings in the district court. A copy of the completed form must be served on all opposing counsel and on all unrepresented parties and a proper certificate of service furnished to this court. A form certificate is attached.

# APPELLANT/PETITIONER'S OPENING BRIEF

1. **Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.)

1. It violated my constitutional Rights to have immediate and proper medical care (Chapter 23 "Rights to medical care")

2. Denied my motion for appointment of counsel

2. **Statement of Facts Relevant to the Issues Presented for Review.**

The gaurds intentionally denied giving me adequate medical care. The also intentionally ignored my obvious medical condition.

3. Statement of Issues.

   a. First Issue:
   My Right to adequate and imediate medical care

   Argument and Authorities:
   The officers made a medical decision based on none medical factors.

   b. Second Issue:
   They acted with deliberate indifference to my serious medical needs.

   Argument and Authorities:
   I have the Right to be free from cruel and unusual punishment. It does'nt matter what my "criminal history" is or my "prison disciplinary history" is, I still have the right to imediate medical care which I was denied.

4. Do you think the district court applied the wrong law? If so, what law do you want applied? N/A I do not understand stand law due to NEVER practiced law and mental health issues which are "mild intellectual disabilities. (See copy of my diagnoses attached.

5. Did the district court incorrectly decide the facts? If so, what facts?

N/A

6. Did the district court fail to consider important grounds for relief? If so, what grounds?

N/A

7. Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what?

N/A

8. What action do you want this court to take in your case?

APPOINT ME A ATTORNEY SO I CAN HAVE ADEQUATE COUNSEL

9. Do you think the court should hear oral argument in this case? If so, why?

N/A

_12-15-25_         _Thomas Wilson_
Date                             Signature

INMATE REQUEST TO STAFF MEMBER

To: MENTAL HEALTH - MISS. McKEEN
(Name and Title of Officer or Department)

Date: 8-31-23

_____
Unit Team Member Signature

To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment _____ SEG _____
Interview Requests

WILSON-EL
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

70525
Number

INMATE REQUEST TO STAFF MEMBER

To: MENTAL HEALTH- MISS. McKEEN   Date: 8-31-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.).

I would like to know what are all of my mental health diagnosises are. So I can present it to the courts please.

Work Assignment: SEG    Living Unit Assignment: A2 151
Comment: _____    Unit Team Members Signature: _____

Disposition: Resident's current dx are the following.
1. major depressive d/o reccurent
2. Anxiety D/O
3. PTSD
4. Reccurent severe episode of major depression w/ psychotic symptoms.
5. mild intellectual disabilities.

To: _____ (Name & Number)   Date: _____

Disposition: _____

Employee's Signature: A. Stout, LMSW.  9/1/23

To be returned to inmate.

P-0009b

## CERTIFICATE OF SERVICE

I hereby certify that on ___12-15-25___ I sent a copy of
                                      (date)
the Appellant/Petitioner's Opening Brief to _____

___K.D.O.C.___, at ___El Dorado Correctional Facility___
(Opposing Party or Attorney)
___P.O. Box 311 Eldorado, KS. 67042___, the last known address/email

address, by ___County Clerk___.
              (state method of service)

___12-15-25___          ___Thomas J. Wilson___
Date                                Signature

---

## CERTIFICATE OF COMPLIANCE

I certify that the total number of pages I am submitting as my Appellant/Petitioner's Opening Brief is 30 pages or less or alternatively, if the total number of pages exceeds 30, I certify that I have counted the number of words and the total is ___235 words___, which is less than 13,000. I understand that if my Appellant/Petitioner's Opening Brief exceeds 13,000 words, my brief may be stricken and the appeal dismissed.

___12-15-25___          ___Thomas J. Wilson___
Date                                  Signature



P.O. Box 311
, KS. 67042

United States Court of Appeals
For the Tenth Circuit
Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Scanned by US Marshal