RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2026 APR 16 AM 9:49

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THOMAS L. WILSON,
Plaintiff

v.

ROBERT K. WALLACE, et al,
Defendants.

Case No. 23-3030-JWL

APPEAL TO THE DISMISSAL OF COURT APPOINTMENT MOTION

Pursuant to this fact, plaintiff states as follows.

It is important for me to have an appointed attorney as a matter of law, but as the court Judge stated on the Memorandum and Order dated on February 22, 2023.

"The Decision whether to appointment of counsel in civil matter lies in the discretion of the District Court. Williams v. Meese, 926 F.2d 994, 996 (10th Cir. 1991)."

Dear clerk of the Court on the Order Dated on 22nd day of February, 2023, U.S. Dist. Judge John W. Lungstrum clearly stated that:

"It is Further Ordered that this case may proceed to service on the defendants Robert K. Wallace et al, please proceed with the 5th and 14th Const. Amends., and issue the summons.

Truly submitted by, Thomas L. Wilson on this 9 day of APRIL, 2026.

Thomas L. Wilson

P. 1

Case No. 23-3030 - JWL

Dear clerk of the court,
why the Judges do not want to acting properly pursuant
to this 48 USCA 1983, Sup. Ct. R. 601B, and KRPC 226?
and the 5th and 14th Constitutional Amends. ?
the defentant in this matter was negligent.

Thomas L. Wilson

Kansas
AD ASTRA PER ASPERA
Department of Corrections

Laura Kelly, Governor

Thomas L. Wilson #2000040016
El Dorado Correctional Facility
1737 SE Highway 54
El Dorado, KS 67042

Scanned

E-001

WICHITA KS 670
11 APR 2026 AM 3

quadient
FIRST-CLASS MAIL
IMI
$000.74°
04/10/2026 ZIP 67042
043M31240048
US POSTAGE

United States Court of Appeals For The Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

80257-